FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  FEB 0 6 2014  ★

BROOKLYN OFFICE

## MEMORANDUM
## TO THE HONORABLE ERIC N. VITALIANO
## U.S. DISTRICT JUDGE

RE: BERENSHTEVN, Eduardo
DKT#: 13 CR 00343
**REQUEST TO RELEASE OFFENDER'S**
**PASSPORT FROM ED/PA**

Reference is made to the above mentioned offender who was originally sentenced by the Honorable Juan R. Sanchez, U.S. District Judge for the ED/PA, to time served followed by three (3) years supervised release, with the first (1) year on home confinement with electronic monitoring. The following special condition were imposed: 1) the defendant is prohibited from incurring any new credit card charges or opening additional lines of credit without the approval of the U.S. Probation Officer, unless the defendant is in compliance with the payment schedule for any fine or restitution obligation or otherwise express approval of the Court; 2) the defendant shall provide full financial disclosure; 3) the defendant shall serve 300 hours of community service; 4) the defendant is ordered to pay a $3,000 fine, payable in monthly installments of at least $200.00 monthly; 5) the defendant shall pay $22,280.00 forfeiture money. This sentence followed the offender's conviction for Aggravated Structuring of Financial Transactions, in violation of 31 U.S.C. 5324 (a)(10 and (d)(2). Transfer of jurisdiction was accepted and assigned to Your Honor on June 12, 2013. The offender has satisfied all monetary obligations imposed by the Court in addition to completing his home confinement and has satisfied his community service hours.

The purpose of this memorandum is to request that Your Honor order the release the offender's passport from the Clerk's office in the Eastern District of Pennsylvania. Mr. Berenshtevn is requesting the release of his passport as he may request to travel internationally in the near future with his girlfriend. The offender is aware that he would need prior approval to travel internationally by the Probation Department. The undersigned officer has confirmed that the clerk's office in ED/PA has the passport but is requiring that Your Honor order the release of same.

Based upon the offender's positive adjustment towards supervision, he was paced in our Low Intensity Unit in August 12, 2013. The Probation Department recommends that Your Honor grant the release of the offender's passport. Your Honor can note the Court's decision on page two of this memorandum.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by: _Petra deHaan_

Petra deHaan
U.S. Probation Officer

Approved by: _____

David J. Washington
Supervising U.S. Probation Officer

January 23, 2014
Central Islip, NY

Release offender's passport : ___Eric N. Vitaliano_____    **JAN 2 3 2014**

U.S. District Judge        Date

Other Directives: _____

U.S. District Judge        Date