
PROSTRA
(11/13)SWPA

# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NEW YORK

### Report on Offender Under Supervision

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 11 2014 ★

BROOKLYN OFFICE

Name of Offender: Eduardo Berenshteyn                    Case Number: 0207 1:13CR00343

Name of Original Sentencing Judicial Officer: The Honorable Juan R. Sanchez, U.S. District Judge

Name of Presiding Judicial Officer:   The Honorable Eric N. Vitaliano, U.S. District Judge

Date of Original Sentence: 5/2/2012

Original Offense: 31 U.S.C. 5324 (a)(1) and (d)(2); Aggravated Structuring of Financial Transactions, a Class C felony

Original Sentence: Time served followed by three (3) years of supervised release, with the first (1) year on home confinement with electronic monitoring. The following special conditions were imposed: 1) the defendant is prohibited from incurring any new credit card charges or opening additional lines of credit without the approval of the U.S. Probation Officer, unless the defendant is in compliance with the payment schedule for any fine or restitution obligation or otherwise express approval of the Court; 2) the defendant shall provide full financial disclosure; 3) the defendant shall serve 300 hours of community service; 4) the defendant is ordered to pay a $3,000 fine, payable in monthly installments of at least $200.00 monthly; 5) the defendant shall pay $22,280.00 forfeiture money.

Type of Supervision: TSR                    Date Supervision Commenced: 5/2/2012

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1)        New Criminal Conduct

*Prob 12A - Report on Offender Under Supervision*                                                        *Page 2*
*Eduardo Berenshteyn*                          *PACTS:53898*              *Case Number: 0207 1:13CR00343*

U.S. Probation Officer Action:

The Probation Department was notified that the offender was pulled over by the New York City Police Department on February 25, 2014, for Aggravated Unlicensed Operation of a Motor Vehicle- 3rd degree. According to the arrest report, the arresting officer observed the offender operating a motor vehicle without a seatbelt. After further investigation, it was determined that the offender's license was suspended for failing to pay a previous traffic violation for failing to wear his seatbelt. The offender did notify the undersigned officer of this arrest and reported that all fines have been satisfied.

Based on the offender's compliance up until the time of his latest arrest, the offender was placed in our Low Intensity Unit on August 13, 2013. At this point, the offender's case will be transferred back to a general supervision caseload and the above matter will be investigated. As such, we respectfully request no action be taken at this time, pending the completion of the investigation. We of course await Your Honor's final decision in this matter.

Respectfully submitted,

Petra deHaan
U.S. Probation Officer
Date: February 28, 2014

Approved by,

David J. Washington
Supervising U.S. Probation Officer
Date: 2/28/2014

---

**THE COURT ORDERS:**
☑ Received; No Further Direction from the Court
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ No Action
☐ Other

s/Eric Vitaliano

_____
Signature of Judicial Officer

MAR 0   2014
_____
Date