PROB 19A
(NYEP Rev. 10/13)

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NEW YORK

U.S.A. vs. EDUARDO BERENSHTEYN          Docket No.: 0207 1:13CR00343

| SUMMONS FOR PROBATIONER TO APPEAR |
|---|

You are hereby commanded to appear before the United States District Court for the Eastern District Of New York to answer charges that you have violated the conditions of supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| EDUARDO BERENSHTEYN | Male | White | 32 |

**ADDRESS (STREET, CITY, STATE)**

2750 E 12th St Apt 2E Brooklyn, New York 11235

| SENTENCE IMPOSED BY | DATE IMPOSED |
|---|---|
| The Honorable Juan R. Sanchez, U.S. District Court (Eastern District of Pennyslvania). Reassigned to The Honorable Eric N. Vitaliano, U.S. District Judge (Eastern District of New York) | May 2, 2012 |

**DATE, TIME AND PLACE TO APPEAR:**

United States District Court
The Courtroom of the Honorable Eric N. Vitaliano, 4C South
225 Cadman Plaza
Brooklyn, New York
May 8, 2015 at 10am

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| DOUGLAS C. PALMER | | APR 29 2015 |

| RETURN | | |
|---|---|---|
| DATE RECEIVED | DATE SERVED | METHOD OF SERVICE |
| 4/29/15 EB | 4/29/15 | 1. (X) Copy of summons given to offender in person<br><br>2. ( ) Copy of summons mailed to offender's last known residence and leaving a copy at last known residence with some person of suitable age and discretion residing therein |

| SERVICE BY: | (Enter you name, title and business address here) |
|---|---|
| | Erin Weinrauch, U.S. Probation Officer, 147 Pierrepont Street, Brooklyn, NY 11201 |

| SIGNATURE OF USPO: | DATE RETURNED TO CLERK'S OFFICE: |
|---|---|
| | |