BEFORE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

Date: 8/14/2015

CRIMINAL CAUSE FOR PLEA & SENTENCING on VOSR

DOCKET # 13cr(343)                    Defendant # 1

CASE: USA v. Eduardo Berenshteyn

COUNSEL: Charles Ross

AUSA: Lindsay Gerders

PROBATION OFFICER: Erin Weinrauch

Interpreter: n/a

COURT REPORTER: Lisa Schmid

X     DEFENDANT PLEADS GUILTY TO CHARGE 1

X     DEFENDANT SENTENCED TO 60 DAYS ON CHARGE 1

X     NO SUPERVISED RELEASE TO FOLLOW

X     DEFENDANT TO SURRENDER ON 9/14/2015 ON OR BEFORE 2:00 PM

X     SEE & J&C FOR ADDITIONAL DETAILS

Time in Court: 30 Minutes