**Charles A. Ross & Associates, LLC**
Trusted Legal Defense
New York · Miami

**Charles A. Ross**
**Founding Partner**
Direct Dial: 212.616.3032
Fax: 212.616.3031
cross@charlesrosslaw.com

September 2, 2015

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: SEP 09 2015

**Eric N. Vitaliano**
**United States District Judge**

<u>By ECF</u>
Honorable Eric N. Vitaliano
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Eduardo Berenshteyn,* 13 CR 343 (ENV)

Dear Judge Vitaliano:

I represent Mr. Berenshteyn in the above-referenced matter.  With the consent of the government, I am writing to request the Court's permission for Mr. Berenshteyn's surrender date, currently set for September 14, 2015, to be changed to September 22, 2015.  AUSA Lindsay Gerdes has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

Charles A. Ross

cc:   AUSA Lindsay Gerdes (by ECF)